1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CANDACE KELLY (CABN 191473)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7014
7      Facsimile: (415) 436-7234
       E-Mail: candace.kelly@usdoj.gov
8
   Attorneys for the United States of America
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0645-WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| EDUARDO VALDIVIA GONZALEZ, a/k/a Andres Torres Gonzalez, a/k/a Jose Gonzalez, a/k/a Ruben Gonzalez, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing in the above-captioned matter presently set for February 7, 2012, be continued until February 29, 2012, at 2:00 p.m. The assigned probation officer, Charlie Mabie, has been consulted and he has indicated that he is available on this date.

On October 25, 2011, the defendant entered a guilty plea to the sole count of the Indictment without entering into a plea agreement with the government. The probation officer prepared a timely presentence report, and distributed it to the parties on January 24, 2012, one day after the assigned Assistant United States Attorney began a long-planned international trip. The requested brief

continuance will allow the assigned Assistant United States Attorney adequate time to review the presentence report and file a sentencing memorandum in advance of the sentencing hearing.

For these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for February 7, 2012, and set a sentencing hearing for February 29, 2012, at 2:00 p.m.

SO STIPULATED.

Dated: January 27, 2012       MELINDA HAAG
United States Attorney

                    /s/
                 CANDACE KELLY
                 Assistant United States Attorney

SO STIPULATED.

Dated: January 27, 2012         /s/
                 JODI LINKER
                 Attorney for Defendant

# [PROPOSED] O R D E R

Per the parties' stipulation and for good cause shown,

IT IS ORDERED that the sentencing hearing presently set for February 7, 2012, be continued to February 28, 2012, at 2:00 pm.

Dated: January 31, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE